Prepared by State Reporter from Appeal Papers

MAY ABRAHAMS, Respondent, *v.* MAX ABRAHAMS, Appellant.

*Fraud — false representations — action to recover damages from marriage with son of defendant induced by false representations.*

*Abrahams* v. *Abrahams*, 220 App. Div. 756, affirmed.

(Submitted October 21, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover damages alleged to have been sustained by plaintiff through her marriage with defendant's son alleged to have been induced by the false and fraudulent representations of the defendant.

*Charles C. Peters* for appellant.

*Neilson Olcott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

GEORGE P. LANGFORD, Appellant, *v.* LEVI A. FESSENDEN et al., Respondents.

*Debtor and creditor — fraudulent conveyance — action to set aside conveyance by husband to wife as in fraud of creditors — insufficiency of evidence of fraud.*

*Langford* v. *Fessenden*, 220 App. Div. 258, affirmed.

(Argued October 25, 1927; decided November 22, 1927.)

APPEAL from a judgment, entered June 7, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was brought to set aside a conveyance by defendant Levi A. Fessenden to his wife of an interest in certain parcels of real property upon the

ground that the conveyance was made for the purpose of defrauding plaintiff, a judgment creditor, and hindering and delaying collection of his judgment. The Appellate Division held that undisputed evidence showed the conveyance was made for a good and sufficient consideration and that the conclusion of the trial court that it was made for the purpose of hindering and delaying creditors was unsupported by the evidence.

*Robert B. Knowles* and *Leonard L. Barrett* for appellant.

*J. Ard Haughwout, Arthur G. H. Power, Jr.,* and *Leverett J. Luce* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* EUGENE SANTINI, Respondent.

*Crimes — manslaughter in second degree — erroneous comment in charge as to punishment that might or might not be inflicted should defendant be found guilty.*

*People* v. *Santini,* 221 App. Div. 139, affirmed.

(Argued October 25, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1927, which reversed a judgment of the Bronx County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the second degree and granted a new trial. The Appellate Division reversed on the ground that the trial court erred in commenting in his charge upon the punishment that might or might not be inflicted should defendant be found guilty.

*John E. McGeehan, District Attorney (George B. De Luca, Herman J. Fliederblum* and *Albert H. Henderson* of counsel), for appellant.

*Louis Susman* and *Samuel Goldstein* for respondent.